UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EVANSTON INSURANCE COMPANY,

        Plaintiff,

v.                                         Case No. 6:15-cv-486-Orl-37GJK

DIMUCCI DEVELOPMENT CORP. OF
PONCE INLET, INC.; and TOWERS
GRANDE CONDOMINIUM
ASSOCIATION,

        Defendants.

## ORDER

Plaintiff Evanston Insurance Company ("**Evanston**") initiated this insurance coverage dispute seeking a declaration that it does not have a duty to defend or to indemnify its insured, Defendant DiMucci Development Corporation of Ponce Inlet, Inc. ("**DiMucci**") in an underlying state court action ("**Underlying Action**").[1] (*See* Doc. 42.) On August 3, 2016, the Court stayed the proceedings with respect to Evanston's potential duty to indemnify DiMucci. (Doc. 95.) During the pendency of this action, DiMucci filed a notice of settlement on March 30, 2017, informing the Court that DiMucci and Towers Grande Condominium Association had settled the Underlying Action. (Doc. 130.)

In light of the foregoing, the parties are **DIRECTED** to confer and, on or before Wednesday, **May 10, 2017**, file a joint notice with the Court concerning the additional

---

[1] On February 6, 2017, the Court determined that Evanston has a duty to defend DiMucci in the Underlying Action. (*See* Doc. 126.)

proceedings, if any, required to resolve Evanston's potential duty to indemnify.

**IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 3, 2017.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record